1

THE HONORABLE ROBERT S. LASNIK

2

3

4

5

6

7            UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
8                   AT SEATTLE

9  MICHAEL McBRIDE, as parent and guardian    Case No. 2:16-cv-00754 RSL
   for L.M., a minor child,
10
                Plaintiff,
11                                            STIPULATION AND ORDER
   v.                                         NARROWING THE SCOPE OF
12                                            CONTESTED ISSUES FOR TRIAL
   VF OUTDOOR, LLC, a foreign corporation,
13 dba LUCY, JOHN DOE, and JOHN DOE
   COMPANY,
14
                Defendants.
15

16      In an effort to reduce the issues requiring resolution at the trial in this matter, Plaintiff

   Michael McBride, as parent and guardian for L.M., and Defendant VF Outdoor, LLC doing
17
   business as lucy ("Defendant"), hereby stipulate as follows:
18
        1.  Defendant accepts liability for the incident where L.M. was cut on her left
19
            arm by a pin protruding out of a hinge on a fitting room door on the
20
            Defendant's retail store premises which occurred on October 4, 2014.
21
        2.  The cut to L.M.'s left arm was proximately caused by the negligence of
22
            Defendant.
23
        3.  Defendant withdraws its affirmative defense of comparative fault and will not
24
            request a jury instruction instructing the jury to assign a percentage of fault to
25
            L.M. or her parents, Michael and Shay McBride.
26

STIPULATION AND ORDER NARROWING THE           SCHWABE, WILLIAMSON & WYATT, P.C.
SCOPE OF CONTESTED ISSUES FOR TRIAL : CASE              Attorneys at Law
                                                  1420 5th Avenue, Suite 3400
NO. 2:16-CV-00754 RSL - 1                            Seattle, WA 98101-4010
                                                   Telephone: 206.622.1711
PDX\126488\215393\FDL\20517821.1

4.  The parties agree and stipulate that the total amount of past medical special damages Plaintiff will recover in this case is $5,041.61, as set forth in Exhibit A to the Declaration of Michael Blatner, MD (Doc 24); as that medical care, reflected in Exhibit A, was necessary to treat the injury to L.M.'s left arm that occurred on the Defendant's premises on October 4, 2014, and the amount of the past medical bills were a reasonable value.

Accordingly, Plaintiff and Defendant further agree and stipulate that the contested issues at trial in this matter will be a determination of (1) whether Plaintiff proves future medical expenses (including causation, necessity and reasonableness) and, if so, in what amount and (2) general damages proximately caused by the injury to L.M.'s left arm that occurred on October 4, 2014.

DATED this 18th day of April, 2017

SCOTT MCDONALD AND ASSOCIATES
PLLC

By: s/ Scott A. McDonald
Scott A. McDonald, WSBA #14449
*Attorney for Plaintiff*

SCHWABE, WILLIAMSON & WYATT,
P.C.

By: s/ Farron D. Curry
Farron D. Curry, WSBA #40559
Ryan W. Dumm, WSBA #40559
*Attorneys for Defendant, VF Outdoor, LLC*

STIPULATION AND ORDER NARROWING THE
SCOPE OF CONTESTED ISSUES FOR TRIAL : CASE
NO. 2:16-CV-00754 RSL - 2
PDX\126488\215393\FDL\20517821.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206.622.1711

## ORDER

Based on the foregoing stipulations, it is hereby ORDERED that:

1. Defendant is liable to Plaintiff for the incident at issue in this case which occurred on October 14, 2014.

2. The cut to L.M.'s left arm was proximately caused by the negligence of Defendant.

3. The jury will not receive a comparative fault instruction instructing it to assign a percentage of fault for the incident at issue in this case to L.M. or her parents, Michael and Shay McBride.

4. The jury will not decide the amount of past special damages awarded to Plaintiff. Plaintiff will receive $5,041.61 for past medical expenses.

5. The issues at trial in this matter will be limited to the following damages determinations: (a) whether Plaintiff proves future medical expenses (including causation, necessity and reasonableness) and, if so, in what amount and (b) general damages proximately caused by the injury to L.M.'s left arm that occurred on October 4, 2014..

SIGNED this ___24ᵗʰ day of April, 2017___

___Mt Clasnik___

Judge Robert S. Lasnik

///

STIPULATION AND ORDER NARROWING THE
SCOPE OF CONTESTED ISSUES FOR TRIAL : CASE
NO. 2:16-CV-00754 RSL - 3
PDX\126488\215393\FDL\20517821.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206.622.1711

1 | Presented by:

2 | SCHWABE, WILLIAMSON & WYATT, P.C.

3

4 | By: s/ Farron D. Curry
Farron D. Curry, WSBA #40559
*Attorneys for Defendant, VF Outdoor, LLC*

5

6 | SCOTT MCDONALD AND ASSOCIATES PLLC

7

8 | By: s/ Scott A. McDonald
Scott A. McDonald, WSBA #14449
*Attorney for Plaintiff*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER NARROWING THE
SCOPE OF CONTESTED ISSUES FOR TRIAL : CASE
NO. 2:16-CV-00754 RSL - 4
PDX\126488\215393\FDL\20517821.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206.622.1711