# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| **MICHAEL MCBRIDE,** as parent and guardian of **L.M.**, a minor child,<br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>**VF OUTDOOR, LLC**, a foreign corporation, dba **LUCY**, **JOHN DOE**, and **JOHN DOE COMPANY,**<br>　　　　　　　　　　Defendants. | Case No. 2:16-cv-00754-RSL<br><br>**ORDER APPROVING MINOR SETTLEMENT AND DISBURSEMENT OF FUNDS** |

**THIS MATTER** comes before the Court on counsel's "Petition for Approval of Minor Settlement and for Disbursal of Settlement Proceeds." Dkt. # 62. Having reviewed the records and files herein and being fully advised in the premises, does make and enter the following:

## FINDINGS

1.1　The court finds that the Settlement Guardian ad Litem, Patrick Trudell, performed the investigation, evaluation and the report properly.

1.2　The court also finds that the proposed settlement of the minor's claims arising out of an October 4, 2014 cut to her arm and the resulting scar is fair and equitable and in the best interests of the minor and should be approved by the court.

## ORDERS

**ORDERED, ADJUDGED and DECREED** that

2.1　The proposed settlements as set forth in the Report of Patrick Trudell on Adequacy of Minor's Settlement, is approved;

ORDER APPROVING MINOR SETTLEMENT
AND DISBURSEMENT OF FUNDS - 1 -

**SCOTT McDONALD AND ASSOCIATES**
**410 Market Street**
**Kirkland, WA 98033**
**(425) 822-5700**
**Fax (425) 828-0871**

2.2 Scott A. McDonald shall deposit the settlement check from the defendant, or its insurance company, in his trust account and issue checks from his trust account made payable as follows*:

| | | |
|---|---|---|
| 1. | Scott McDonald and Associates (for attorney fees) | $10,000.00 |
| 3. | Scott McDonald and Associates (Expense reimbursement) | $143.71 |
| 4. | Michael McBride (Expense reimbursement) | $1,978.20 |
| 5. | Michael McBride (Medical bills reimbursement) | $5,041.61 |
| 6. | Bank: Bank of America, Kirkland Branch, for the minor to be held in a blocked account subject to withdrawal only upon court order or on or after she attains the age of 18 years | $11,056.56 |

*Patrick Trudell shall also be paid for his attorney's fees from the defendant directly in the amount of $1,000.00.

2.3 That Scott A. McDonald shall file a receipt for the $11,056.56 deposit with the Clerk of the Court within 30 days of this order.

2.4 That Scott A. McDonald, the minor's attorney, and/or the minor's father and/or the SGAL herein, are hereby authorized to execute the necessary documents to effectuate the settlement with the defendant consistent with this order.

2.5 That after the minor turns 18 years old on the bank shall release the funds in the blocked account to the minor.

Dated this 21st day of June, 2017.

*(signature)*
Robert S. Lasnik
United States District Judge

ORDER APPROVING MINOR SETTLEMENT
AND DISBURSEMENT OF FUNDS - 2 -