
THE HONORABLE ROBERT S. LASNIK

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| **MICHAEL MCBRIDE,** as parent and guardian of **L.M.**, a minor child,<br>　　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>**VF OUTDOOR, LLC**, a foreign corporation, dba **LUCY**, **JOHN DOE**, and **JOHN DOE COMPANY,**<br>　　　　　　　　　　　　Defendants. | Case No. 2:16-cv-00754-RSL<br><br>**REVISED ORDER FOR DISBURSEMENT OF MINOR SETTLEMENT** |

**THIS MATTER** having come on regularly and duly for hearing this date before the undersigned Judge of the above-entitled court upon the Petition to Revise Disbursal of Minor's Settlement Proceeds by Scott A. McDonald, and the court having reviewed the records and files herein and being fully advised in the premises, does make and enter the following:

### FINDINGS

1.1   The court finds that the disbursement in the Order Approving Minor Settlement and Disbursement of Funds needs to be revised due as requested in the Petition to Revise Disbursal of Minor's Settlement Proceeds.

### ORDERS

**ORDERED, ADJUDGED and DECREED** that

2.1   Scott A. McDonald shall deposit the settlement check from the defendant, or its insurance company, in his trust account and issue checks from his trust account made payable as follows*:

REVISED ORDER APPROVING FOR DISBURSEMENT OF MINOR SETTLEMENT - 1 -

SCOTT McDONALD AND ASSOCIATES
410 Market Street
Kirkland, WA 98033
(425) 822-5700
Fax (425) 828-0871

|  |  |  |
|---|---|---|
| 1. | Scott McDonald and Associates (for attorney fees) | $10,000.00 |
| 3. | Scott McDonald and Associates (Expense reimbursement) | $1,923.63 |
| 4. | Michael McBride (Expense reimbursement) | $1,978.20 |
| 5. | Michael McBride (Medical bills reimbursement) | $4,883.58 |
| 6. | The Rawlings Company | $55.33 |
| 7. | Bank: Bank of America, Kirkland Branch, for the minor to be held in a blocked account subject to withdrawal only upon court order or on or after she attains the age of 18 years | $11,159.26 |

*Patrick Trudell shall also be paid for his attorney's fees from the defendant directly in the amount of $1,000.00.

2.2   That Scott A. McDonald shall file a receipt for the $11,159.26 deposit with the Clerk of the Court within 30 days of this order.

2.3   That after the minor turns 18 years old on the bank shall release the funds in the blocked account to the minor.

2.4   _____

–

**DATED** this 24th day of July 2017.

*/s/ M S Lasnik*

Robert S. Lasnik, Judge

REVISED ORDER APPROVING FOR
DISBURSEMENT OF MINOR SETTLEMENT - 2 -

SCOTT McDONALD AND ASSOCIATES
410 Market Street
Kirkland, WA 98033
(425) 822-5700
Fax (425) 828-0871