THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL McBRIDE, as parent and guardian for L.M., a minor child,<br><br>Plaintiff,<br><br>v.<br><br>VF OUTDOOR, LLC, a foreign corporation, dba LUCY, JOHN DOE, and JOHN DOE COMPANY,<br><br>Defendants. | Case No. 2:16-cv-00754 RSL<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED by and between the Plaintiff Michael McBride, as parent and guardian of L.M., a minor child, and Defendant VF Outdoor, LLC, through their undersigned counsel of record, that the above-entitled action has been resolved and should be dismissed with prejudice and without additional costs to any party.

The Court approved the settlement. (Dkts 69 and 73). Plaintiff has filed a Receipt confirming that the settlement proceeds were timely deposited into a blocked account. (Dkt 74). Accordingly, the parties agree that this matter should be dismissed with prejudice, and the case closed.

///

///

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE: - 1
[CASE NO. 2:16-CV-00754 RSL]
PDX\126488\215393\FDL\21168696.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206.622.1711

Dated this 9th day of August, 2017.

| | |
|---|---|
| SCHWABE, WILLIAMSON & WYATT | SCOTT MCDONALD AND ASSOCIATES, PLLC |
| By: /s/ Farron Curry<br>Farron Curry, WSBA #40559<br>1420 Fifth Avenue, Suite 3400<br>Seattle, WA 98101<br>Telephone: (206) 622-1711<br>Facsimile: (206) 292-0460<br>*Of attorneys for Defendant VF Outdoor, LLC* | By: /s/ Scott A. McDowell<br>Scott A. McDonald, WSBA #14449<br>410 Market Street<br>Kirkland, WA 98033<br>Telephone: (425) 822-5700<br>Facsimile: (425) 828-0871<br>*Attorney for Plaintiff* |

## ORDER

Based upon the foregoing stipulation, and the pleadings on file in this matter, IT IS HEREBY ORDERED, that the above-entitled action is hereby dismissed with prejudice and without costs to any party.

DATED this 16th day of Aug., 2017.

_____
THE HONORABLE ROBERT S. LASNIK

Presented By:

SCHWABE, WILLIAMSON & WYATT

By: /s/ Farron Curry
Farron Curry, WSBA #40559
fcurry@schwabe.com
Ryan W. Dumm, WSBA #46738
rdumm@schwabe.com
1420 Fifth Avenue, Suite 3400
Seattle, WA 98101
Telephone: (206) 622-1711
Facsimile: (206) 292-0460
*Attorneys for Defendant VF Outdoor, LLC*

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE: - 2
[CASE NO. 2:16-CV-00754 RSL]
PDX\126488\215393\FDL\21168696.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206.622.1711

Approved as to Form, Copy Received
and Notice of Presentation Waived:

SCOTT MCDONALD AND ASSOCIATES, PLLC


By:  */s/ Scott A. McDonald*
     Scott A. McDonald, WSBA #14449
     410 Market Street
     Kirkland, WA 98033
     Telephone: (425) 822-5700
     Facsimile: (425) 828-0871
     *Attorney for Plaintiff*

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE: - 3
[CASE NO. 2:16-CV-00754 RSL]
PDX\126488\215393\FDL\21168696.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206.622.1711